**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 9, 2019.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-19-00526-CV

## IN RE JOHNATHAN SIMMS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1103691**

## MEMORANDUM OPINION

On July 5, 2019, relator Johnathan Simms filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable George Barnstone, Judge of the County Civil Court at Law No 1, in Harris County, Texas,

to vacate his order dated April 16, 2019, granting real party in interest Jennifer Dao's motion for new trial. The new trial is preferentially set for July 17, 2019.

Relator also filed a motion for temporary relief, asking our court to stay the trial set for July 17, 2019, pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

Texas Rule of Appellate Procedure 52.7(a)(2) requires the relator to file with the petition "a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained." *See* Tex. R. App. P. 52.7.

Because relator has not provided our court with a transcript of the hearing on the motion for new trial or a statement that that no testimony was adduced at the hearing in connection with the matter complained, as required by Rule52.7(a)(2), we deny relator's petition for writ of mandamus. Relator's motion for temporary relief is rendered moot by the denial of relator's request for mandamus relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Poissant.